UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARIE JOHNSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TAMARA KABAN-MILLER, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV 13-5748-JEM <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 3, 2013

                                                  */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE